Richard F. McGinty, OSB 86071
P.O. Box 12806
Salem, OR 97309
503-371-9636
Fax: 503-371-2879
richard@mcginty-belcher.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| KAREN I. BRISCOE, | ) | |
| | ) | CV 10 - 6413 - HO |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the stipulation between the parties through their respective counsel it

is hereby allowed that the Plaintiff is awarded attorney fees in the amount of $4,725.00

pursuant to 28 U.S.C. § 2412, and expenses in the amount of $0 pursuant to 28 U.S.C.

§ 1920, for at total of $4,725.00, subject to debt owed the US Government described

pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct.

2521 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's

attorney and mailed to Plaintiff's attorney's office at: P.O. Box 12806, Salem, OR

97309-0806.  If Plaintiff has a debt, then the check for any remaining funds after offset

of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the

address stated above.

IT IS SO ORDERED.

DATED this _____ /2 ⁴ day of February 2012.

United States District Judge

Presented by:

_____
Richard F. McGinty OSB #86071
503-371-9636
of Attorneys for Plaintiff